IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOUNNHONG DOUANGPANGNA,

    Petitioner,   No. CIV S-01-0764 GEB JFM P

    vs.

MIKE KNOWLES, Warden,

    Respondent.   ORDER

_____/

    Review of the record shows that pages three through six are missing from the copy of the state court of appeal opinion attached as Exhibit F to Respondent's Answer to Petition for Writ of Habeas Corpus, filed October 22, 2001.  Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order respondent shall file and serve a complete copy of the decision of the California Court of Appeal for the Third Appellate District filed in People v. Douangpangna, No. C031036 (Oct. 11, 2000).

DATED: January 29, 2007.

UNITED STATES MAGISTRATE JUDGE

12;/doua0764.sup